IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  INFORMATION

JAMES K. BELL  3:10mj212

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE

That on or about June 24, 2010, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Naval Air Station, Pensacola, Florida, the defendant,

**JAMES K. BELL,**

did unlawfully drive a motor vehicle with an expired registration, in violation of Section 320.07(3), Florida Statutes and Title 32, Code of Federal Regulations, Section 210.

_____ for   8/16/10
PAMELA C. MARSH                DATE
United States Attorney

10 AUG 16 AM 10: 54

FILED